**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH**

**CENTRAL DIVISION**

| | |
|---|---|
| Judith W. Maynard, | |
| **Plaintiff,** | **ORDER** |
| vs. | |
| Bryan W. Cannon, | |
| **Defendant,** | **Case No.  2:05-CV-335** |

This matter is before the court on Plaintiffs' Objection to Magistrate Judge David Nuffer's Grant of Defendants' Motion for a Protective Order Limiting the Scope of Deposition Testimony.  This matter was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(A), which permits him to decide certain non-dispositive matters, subject to being set aside by the district judge if the determination is "clearly erroneous or contrary to law."  *See also* Fed. R. Civ. P. 72(a).

The court has reviewed Plaintiff's objections to the Magistrate Judge's Order dated June 15, 2007, along with the relevant motion and memoranda that were filed prior to the June 15th Order being entered.  Plaintiff objects to the June 15th Order on the grounds that (1) there was no certification of good faith, (2) the motion was untimely, (3) the Defendant did not establish a *prima facie* case for a protective order, (4) Plaintiff was not given an opportunity to address new matters raised, and (5) the Magistrate Judge abused his discretion.

The court finds these objections to be without merit.  The Magistrate Judge's determination was neither clearly erroneous nor contrary to the law.  Thus, the court concludes

that there is no basis for rescinding or modifying the June 15th Order, as requested by Plaintiff.

For the foregoing reasons, and good cause appearing, IT IS HEREBY ORDERED that the

Magistrate Judge's Order dated June 15, 2007 is AFFIRMED.

DATED this 30th day of July, 2007.

BY THE COURT:

_____

DALE A. KIMBALL
United States District Judge